IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CITY OF PROVIDENCE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-244-ML |
| | ) | |
| SANTANDER BANK | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff City of

Providence dismisses the above-captioned action with prejudice.

CITY OF PROVIDENCE

By its Attorneys,

/s/ Jeffrey Padwa
Jeffrey Padwa (#5130)
Sean Creegan (#8829)
City of Providence
444 Westminster Street, 2nd Floor
Providence, RI 02903
Phone: 401-680-5333
Fax: 401-680-5520
jpadwa@providenceri.com
screegan@providenceri.com